IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLYN FRIEDRICH, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | No. 12-5604 |
| v. | : | |
| | : | |
| THOMAS DAVIS, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this ___18th___ day of December, 2013, upon consideration of Defendant's Motions to Dismiss (ECF No. 14) and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and this matter is **DISMISSED** without prejudice to Plaintiff's right to refile her claims in the appropriate court.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: